1108

No. 81-2033. ABC CONTAINERLINE, N.V., ET AL. *v.* KINGSTON SHIPPING CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 81-2045. NIEMI *v.* NATIONAL BROADCASTING CO., INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81-2053. McGRAW-EDISON CO. *v.* SIKES ET AL. C. A. 5th Cir. Certiorari denied.

No. 81-2063. SCOTT *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 81-2091. WILT ET AL., DBA ROY WILT & SON, ET AL. *v.* AETNA INSURANCE CO. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 81-2128. MARINELLO ET AL. *v.* CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81-2168. ADVANCE ROSS ELECTRONICS CORP. ET AL. *v.* GREEN, TRUSTEE. Ct. App. Tex., 12th Sup. Jud. Dist. Certiorari denied.

No. 81-2172. OPTION ADVISORY SERVICE, INC. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 81-2181. ANDREWS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81-2204. GOLDFARB ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.